FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:54 pm, Sep 03, 2020

# United States District Court
## for the Southern District of Georgia
### Brunswick Division

MICHAEL L. ROSS,

    Plaintiff,

v.

PERRY ALEXANDER SOBRINO and
CONTRACT FREIGHTERS, INC.,

    Defendants.

CV 220-064

## ORDER

Before the Court is the parties' joint motion to remand this case to the Superior Court of Camden County. Dkt. No. 21. This matter was removed to federal court on June 11, 2020. Afterward, the parties learned that the basis for jurisdiction, i.e. complete diversity of citizenship among the parties, does not exist. Indeed, Plaintiff Michael Ross and Defendant Perry Sobrino are both residents of Florida. Accordingly, after consideration of the motion and for good cause shown, the motion to remand is **GRANTED**. This case is **REMANDED** to Camden County Superior Court. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 3 day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA